# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 537 MAL 2019

        Respondent                  :

                                 :  Petition for Allowance of Appeal
                               :  from the Order of the Superior Court

          v.                       :

                               :

LAVAUGHN FOLKES,               :

                               :

        Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 12th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.